UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Gwendolyn Singleton
Individually, and as Court Appointed Guardian
of Gerald Singleton,

        Plaintiff,

vs.                                   Case No.  3:09-cv-913-J-25MCR

Eagle Solutions Acquisition Corporation, et al.,

        Defendants.
_____/

# **O R D E R**

    **THIS CAUSE** is before the Court on Plaintiff's Motion to Compel Discovery, for

Designation of Rule 30(b)(6) Corporate Representative(s), and for Sanctions (Doc. 32)

filed April 12, 2010.  Defendant, Eagle Solutions Acquisition Corporation ("Eagle") filed a

response to this Motion on May 3, 2010.  Accordingly, the matter is ripe for judicial

review.

    Plaintiff seeks an Order compelling Eagle to provide responses to the written

discovery propounded to Defendant and to designate an appropriate corporate

representative for deposition.  Additionally, Plaintiff seeks sanctions against Eagle

pursuant to Rule 37(a)(4) of the Federal Rules of Civil Procedure.  In its response to the

Motion to Compel, Eagle indicated it had fully responded to Plaintiff's written discovery

requests and had identified several appropriate corporate representatives.  Counsel for

Defendant explained that Eagle had recently declared bankruptcy and had subsequently

been dissolved and closed. As such, it had been very difficult to locate responsive documents and contact individuals with knowledge regarding the issues in the litigation. Based on counsel for Eagle's representations, the undersigned is convinced the matters at issue in the instant Motion are rendered moot and Court intervention is no longer necessary.

Additionally, the Court will deny Plaintiff's request for sanctions against Eagle as the circumstances surrounding this Motion do not warrant the imposition of sanctions. This does not appear to be a case where counsel for Eagle or Eagle itself was intentionally failing to participate in discovery. Rather, based on the current situation in which the company finds itself, counsel for Eagle had a difficult time in responding to the discovery requests and the delay in responding was substantially justified. Therefore, the Court believes an award of sanctions would be inappropriate.

Accordingly, after due consideration, it is

**ORDERED**:

Plaintiff's Motion to Compel Discovery, for Designation of Rule 30(b)(6) Corporate Representative(s), and for Sanctions (Doc. 32) is **DENIED** as moot.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this __4th__ day of May, 2010.

*Monte C. Richardson*
_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record